356 U.S. 257
 78 S.Ct. 715
 2 L.Ed.2d 757
 UNITED STATES of America, petitioner,
v.
Dave DIAMOND, also known as David Dumanus, David Thornson, and Abe Slater, and Freeda, Diamond, also known as Frieda Diamond and Florence Slater.
 No. 771.
 Supreme Court of the United States
 April 7, 1958
 
 Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg and Mr. J. F. Bishop, for the United States.
 Mr. Robert L. Brock, for respondent David Diamond.
 On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit.
 PER CURIAM.
 
 
 1
 The petition for writ of certiorari is granted and the judgment is affirmed.